BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RUBEN GONZALEZ-GONZALEZ, MARGARITO ZAVALA-BARRERA, and NOEL FERNANDO CANALES-AMADOR, <br> Defendants. | 1:11-CR-00153-OWW <br><br> PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Ruben Gonzalez-Gonzalez, Margarito Zavala-Barrera, and Noel Fernando Canales-Amador, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(6), defendants Ruben Gonzalez-Gonzalez, Margarito Zavala-Barrera, and Noel Fernando Canales-Amador's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a) Paper cutter;

|   |   |   |
|---|---|---|
| 1 | b) | Two heat laminators; |
| 2 | c) | One Cannon printer/scanner; |
| 3 | d) | One Cannon Rebel T2 camer; |
| 4 | e) | One micro SD Card; |
| 5 | f) | One Attache 1 GB thumbdrive; |
| 6 | g) | One Sony Vaio PCG-604L laptop computer; |
| 7 | h) | One Sanyo Cell Phone SCP6760; |
| 8 | i) | One Samsung Hard Drive; and |
| 9 | j) | Approximately $1,159.00 in U.S. Currency. |

2. The above-listed property constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of a violation of 18 U.S.C. § 371, and is property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide

direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated: September 16, 2011**   /s/ **Oliver W. Wanger**
               UNITED STATES DISTRICT JUDGE