BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00153-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RUBEN GONZALEZ-GONZALEZ, MARGARITO ZAVALA-BARRERA, and NOEL FERNANDO CANALES-AMADOR, | |
| Defendants. | |

WHEREAS, on September 16, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 982(a)(6), based upon the plea agreements entered into between plaintiff and defendants Ruben Gonzalez-Gonzalez, Margarito Zavala-Barrera, and Noel Fernando Canales-Amador, forfeiting to the United States the following property:

 a) Paper cutter;
 b) Two heat laminators;
 c) One Cannon printer/scanner;
 d) One Cannon Rebel T2 camer;
 e) One micro SD Card;
 f) One Attache 1 GB thumbdrive;
 g) One Sony Vaio PCG-604L laptop computer;
 h) One Sanyo Cell Phone SCP6760;
 i) One Samsung Hard Drive; and
 j) Approximately $1,159.00 in U.S. Currency.

AND WHEREAS, beginning on September 24, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(6), to be disposed of according to law, including all right, title, and interest of Ruben Gonzalez-Gonzalez, Margarito Zavala-Barrera, and Noel Fernando Canales-Amador.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: December 2, 2011      /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE